1074

ROGER A. STREET, *Respondent*, v. WEYERHAEUSER COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 15-2-00151-6, Marilyn K. Haan, J., entered December 14, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Mann, JJ.

[No. 46632-5-II. Division Two. November 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY JOSHUA TOLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-02363-6, Kitty-Ann van Doorninck, J., entered September 2, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.

[No. 47478-6-II. Division Two. November 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. HARVEY S. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-00499-2, Garold E. Johnson, J., entered April 9, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.

[No. 47794-7-II. Division Two. November 29, 2016.]

ALLYAH JASEM SALIM AYESH, *Respondent*, v. JONATHAN MICHAEL BULLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-30920-1, Christine Schaller, J., entered June 16, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Lee, J.